JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dina Monica Meier,<br><br>Plaintiff,<br><br>v.<br><br>Norman Solomon,<br><br>Defendants | Case No.: 2:23-cv-01433-RGK-AFM<br><u>Hon. R. Gary Klausner Presiding</u><br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; JUDGMENT [35]** |

    For good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.    By their default, and as demonstrated by Plaintiff's Motion for Default Judgment, Defendants have admitted all facts pled in Plaintiff's Complaint, including committing violations of the civil RICO statute, mail and wire fraud violations, and fraud by engaging in a concerted scheme to entice and sell counterfeit Helmut Newton prints to individuals, including, Plaintiff.

    2.    Because Defendants have harmed Plaintiff through their course of conduct, Defendants must pay Plaintiff damages in the amount of $223,589.46. Defendant must also pay Plaintiff post-judgment interest pursuant to 28 U.S.C. §

1961(a).

3. Defendant must pay Plaintiff's attorneys' fees pursuant to the schedule set forth in this Court's L.R. 55-3. For judgments in an amount over $100,000, the schedule provides for fees of $5,600 plus 2% of the amount over $100,000. Defendant must therefore pay Plaintiff's attorneys' fees in the amount of $8,071.79.

4. Defendant must pay Plaintiff's costs incurred in this case pursuant to 17 U.S.C. § 505. Defendant must therefore pay Plaintiff's costs in the amount of $2,667.48.

SO ORDERED.

Date: __October 3__, 2023    By: _/s/ Gary Klausner_____
Hon. R. Gary Klausner
United States District Judge